UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE FARM LIFE
INSURANCE COMPANY,

        Plaintiff,

vs.                                     Case No. 8:05-cv-775-T-24EAJ

YVETTE TALAVERA, LUIS TALAVERA, JR.,
MARLENE TALAVERA, MELISSA NARANJO,
JORGE R. TALAVERA and
JORGE TALAVERA, SR.,

        Defendants.
_____/

# **O R D E R**

This cause comes before the Court on its own. Defendants/Cross-Plaintiffs Yvette R. Talavera, Marlene Talavera and Melissa Talavera filed a motion for summary judgment (Doc. No. 39). A review of the file reveals that Defendants/Cross-Defendants Jorge R. Talavera, Sr. and Jorge R. Talavera have failed to respond to the motion for summary judgment.[1] Defendants/Cross-Defendants Jorge R. Talavera, Sr. and Jorge R. Talavera shall respond to the motion for summary judgment by **May 8, 2006** or shall **SHOW CAUSE** in writing by **May 8, 2006** why the Court should not consider the motion for summary judgment without a response.

---

[1] The Court notes that in their motion for summary judgment Defendants/Cross-Plaintiffs Yvette R. Talavera, Marlene Talavera and Melissa Talavera state "Jorge Talavera, Sr. is no longer a party to this case." However, there has been no filing with this Court reflecting the status of Jorge Talavera, Sr. as a party to this litigation or Order from this Court dismissing Jorge Talavera, Sr. from this case.

**DONE AND ORDERED** at Tampa, Florida, this 27th day of April, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record